EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Víctor M. Irizarry Pérez | 2008 TSPR 40  173 DPR ____ |
|---|---|

Número del Caso: TS-6122

Fecha: 29 de febrero de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcda. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re


Víctor M. Irizarry Pérez

                         TS-6122




                         RESOLUCIÓN

San Juan, Puerto Rico, a 29 de febrero de 2008

    Atendida la misiva presentada por el Lcdo. Víctor
M. Irizarry Pérez en la que expresa no continuar
ejerciendo la práctica de la abogacía por acogerse al
retiro y radicar en los Estados Unidos y la Moción en
Contestación a Resolución presentada por el Colegio
de Abogados de Puerto Rico el 5 de diciembre de 2007,
se autoriza al Lcdo. Víctor M. Irizarry Pérez a darse
de baja voluntaria de esta institución.

    Lo acordó el Tribunal y certifica la Secretaria
del Tribunal Supremo.  El Juez Presidente señor
Hernández Denton inhibido.



                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo